PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rene David Quintana                                        Cr.: 01-00446-001

Name of Sentencing Judicial Officer: John W. Bissell

Date of Original Sentence: 11/16/01

Original Offense: Bank Fraud

Original Sentence: 26 Months BOP / 3 Years Supervised Release / Restitution $450,991.39

Type of Supervision: Supervised Release                Date Supervision Commenced: May 1, 2003

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

                     *Outstanding Restitution Balance*

U.S. Probation Officer Action:
Offender Be Allowed to Expire on April 30, 2006

Respectfully submitted,
By: James L. Winkler
U.S. Probation Officer
Date: 03/01/06

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other - Offender Be Allowed to Expire on 04/30/06

Signature of Judicial Officer

April 13, 2006
Date